UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINA F. BASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:22-cv-00047-DLP-JRS |
| | ) |
| KILOLO KIJAKAZI, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

So ORDERED.

Date: 3/25/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email